UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23--6636  **Caption [use short title]**

**Motion for:** Withdrawal of Counsel

Carpenter v. Sitek

Set forth below precise, complete statement of relief sought:

Withdrawal of counsel

Counsel continues to receive notices and filings for

administrative purposes

**MOVING PARTY:** Daniel E. Carpenter  **OPPOSING PARTY:** Jonathan Sitek, Honorable, Supervisory U.S. Probation Officer,

☐ Plaintiff    ☐ Defendant
☒ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Jeffrey R.. Sandberg  **OPPOSING ATTORNEY:** Neeraj N. Patel

[name of attorney, with firm, address, phone number and e-mail]

Jeffrey R. Sandberg/Palmer Lehman Sandberg, PLLC    United States Attorney's Office, District of Connecticut

8350 N. Central Expressway, Suite 1111, Dallas, Texas 75206    157 Church Street, 25th Floor, New Haven, CT 06510

214-242-6444   jsandberg@pamlaw.com    203-821-3700   neeraj.patel@usdoj.gov

**Court- Judge/ Agency appealed from:** Hon. Jeffrey Alker Meyer, DIstrict of Connecticut

**Please check appropriate boxes:**  **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):    Has this request for relief been made below?  ☐ Yes ☐ No
☒ Yes  ☐ No (explain):____    Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency: ____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☒ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☐ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☒ Yes  ☒ No  If yes, enter date:____

**Signature of Moving Attorney:**

____  **Date:** 10/27/2023  Service: ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

No. 23--6636

_____

# In the United States Court of Appeals for the Second Circuit
_____

DANIEL E. CARPENTER,
PETITIONER/APPELLANT,

VS.

JONATHAN SITEK, HONORABLE, SUPERVISORY U.S. PROBATION OFFICER,
RESPONDENT/APPELLEE,
_____

**APPELLANT'S MOTION FOR WITHDRAWAL OF COUNSEL WITH COUNSEL CONTINUING TO RECEIVE NOTICES AND FILINGS**
_____

> Jeffrey R. Sandberg
> Palmer Lehman Sandberg, PLLC
> 8350 N. Central Expressway, Suite 1111
> Dallas, Texas 75206
> Telephone: (214) 242-6454
> Facsimile: (214) 265-1950
> JSandberg@pamlaw.com

Comes now, Jeff Sandberg, Esq. and Palmer Lehman Sandberg, PLLC, and file this Motion for Withdrawal of Counsel.

Appellant Daniel Carpenter is filing a pro se Appellant's Brief, which in turn requires that his counsel withdraw from this representation. Appellant and counsel request that counsel continue to receive notices and filings for administrative purposes.

Service upon Mr. Carpenter may be made electronically as follows:

> Daniel Carpenter
> 18 Pondside Lane
> West Simsbury CT 06092
> dcarpentermail@gmail.com
> 860-573-7770

Mr. Carpenter consents to counsel's withdrawal and counsel continuing to receive notices and filings in this matter, as evidenced by the attached email correspondence.

For all the aforementioned reasons, Daniel Carpenter requests that this motion be granted, that counsel be permitted to withdraw, that counsel continue to receive notices and filings for administrative purposes, and for such further relief to which Appellant is entitled.

Dated: October 27, 2023

>Respectfully submitted,
>
>/s/ *Jeffrey R. Sandberg*
>Jeffrey R. Sandberg
>Palmer Lehman Sandberg, PLLC
>8350 N. Central Expressway,
>Suite 1111
>Dallas, TX 75206
>Telephone (214) 242-6454
>Facsimile: (214) 265-1950
>E-mail: jsandberg@pamlaw.com

## **CERTIFICATE OF NOTIFICATION**

Counsel notified counsel for Appellee, Neeraj N. Patel, Esq., via an email on October 27, 2023 regarding the relief requested by Appellant. Appellee does not oppose the requested relief.

>*/s/ Jeffrey R. Sandberg*
>Jeffrey R. Sandberg

## **CERTIFICATE OF COMPLIANCE**

This Motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d) because it contains 440 words, as determined by the word-count function of Microsoft Word 2016.

This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Century Schoolbook font.

*/s/ Jeffrey R. Sandberg*
Jeffrey R. Sandberg

## CERTIFICATE OF SERVICE, DIGITAL SUBMISSION AND PRIVACY REDACTIONS

This is to certify that on this 27th day of October 2023, a true and correct copy of the foregoing instrument was served via ECF, to counsel of record.

Counsel also certifies that this motion was served on the Appellant via email to the email address stated above:

dcarpentermail@gmail.com

☑ The undersigned further certifies that the digital submissions have been scanned for viruses on the above date with Trend Micro Security Agent and, according to the program, are free of viruses.

<i>/s/ Jeffrey R. Sandberg</i><br>
Jeffrey R. Sandberg

| | |
|---|---|
| **From:** | Dan Carpenter US |
| **To:** | Jeff Sandberg |
| **Subject:** | Permission to Withdraw |
| **Date:** | Friday, October 27, 2023 3:18:33 PM |

I consent to your withdrawal

**From:** Jeff Sandberg <JSandberg@pamlaw.com>
**Sent:** Friday, October 27, 2023 4:11 PM
**To:** Dan Carpenter US <dcarpenter@usbgi.com>
**Subject:** Please email me ASAP

Good afternoon,

The 2nd Circuit is requiring that I file a motion to withdraw so that you can file the brief pro se. I will request to continue to be receiving notices even though you will be pro se, but you will need to email me back and state that you consent to this.
Thanks, Jeff

Jeffrey R. Sandberg, JD, MBA, CPA
Member of the Bar, Texas and Florida
Board Certified in Civil Appellate Law
By the Texas Board of Legal Specialization

Palmer Lehman Sandberg, PLLC
(formerly Palmer & Manuel, PLLC)
Campbell Centre I
8350 North Central Expressway
Suite 1111
Dallas, Texas 75206
(214) 242-6454 Direct Line
(214) 242-6444 - Main Line
(214) 265-1950 Fax
jsandberg@pamlaw.com