# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand twenty-four,

Daniel E. Carpenter,

  Petitioner - Appellant,

v.

Jonathan Sitek, Honorable, Supervisory U.S. Probation Officer,

  Respondent - Appellee.

**ORDER**
Docket No. 23-6636

A mandate issued in error on 05/01/2024 in the above-referenced case.

IT IS HEREBY ORDERED that the mandate in this case is recalled.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court