**MANDATE**

D. Conn.
23-cv-719
Meyer, J.

United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of April, two thousand twenty-four.

Present:
    Reena Raggi,
    Beth Robinson,
        *Circuit Judges*,
    Jed S. Rakoff,
        *District Judge.*\*

Daniel E. Carpenter,

    *Petitioner-Appellant*,

v.                                  23-6636

Jonathan Sitek, Honorable, Supervisory U.S. Probation Officer,

    *Respondent-Appellee.*

The Government moves for summary affirmance. Upon due consideration, it is hereby ORDERED that the motion is GRANTED because the appeal "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

\* Judge Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.

MANDATE ISSUED ON 06/04/2024